UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| AGCO CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>DAVID BEDDES and BARBARA BEDDES,<br><br>              Defendants. | NO. CV-06-0305-EFS<br><br>**ORDER OF DEFAULT JUDGMENT** |

    Before the Court, without oral argument, is Plaintiff's Motion for Default Judgment, filed October 30, 2006 (Ct. Rec. 8). After considering Plaintiff's motion and the records and files herein, the Court hereby finds:

    1. An Order granting default was entered by the Clerk of the Court against Defendants and in favor of Plaintiff on February 21, 2007 (Ct. Rec. 12).

    2. Pursuant to the terms of an arbitration award, Agco Corporation was awarded $1,200,625.05 based on Defendants' agreement to guarantee the debts of Beddes Farm Center Inc. (Ct. Rec. 4-4).

    Accordingly, **IT IS HEREBY ORDERED**:

    1. Plaintiff's Motion for Default Judgment **(Ct. Rec. 8)** is **GRANTED**.

    2. Plaintiff is awarded judgment against the Defendants in the amount of One Million Two Hundred Thousand Six Hundred Twenty-Five and

ORDER * 1

05/100 Dollars ($1,200,625.05). Said judgment shall accrue interest at the statutory rate from the date of judgment until satisfied. Plaintiff is further entitled to recover reasonable fees and costs incurred for execution of the judgment.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies of the Order to counsel, and close this file.

**DATED** this ___23rd___ day of March 2007.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

C:\Documents and Settings\dsmith\Local Settings\Temp\notesE1EF34\0305.default.judgment.2.wpd

ORDER * 2